# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

LARRY WHITE EAGLE,
       Plaintiff

    v.                                                      CASE NUMBER: 06-C-688
                                                                                   06-C-687

JUDY P. SMITH,
        Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court. The issues have heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Cases 06-C-687 and 06-C-688 are **CONSOLIDATED.**

Eagle's Petition to Proceed *In Forma Pauperis* is **DENIED**.

The clerk is directed to close this case and enter judgment accordingly.

| July 10, 2006 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |